UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BERNADETTE SCOTT,  Case Number: 2:24-cv-13085-JJCG-DRG
Individually,  Honorable Jonathan J.C. Grey

    Plaintiff,

v.

PETE'S CONEY II ORION, LLC,
A Limited Liability Company

    Defendant.
_____

Pete M. Monismith (P78186)  Mark D. Sowle (P67478)
Pete M. Monismith, Esq.  Anselmi Mierzejewski Ruth & Sowle, P.C.
**Attorneys for Plaintiff**  **Attorney for Defendant**
3945 Forbes Ave., #175  1750 S. Telegraph Road, Suite 306
Pittsburgh, PA 15213  Bloomfield Hills, MI 48302
(724) 610-1881  (248) 338-2290
pete@monismithlaw.com  msowle@a-mlaw.com
  mds.sec@a-mlaw.com

_____

## DEFENDANT'S DEMAND FOR JURY TRIAL

    Now Comes the Defendant, Pete's Coney II Orion, LLC, by and through its attorneys, Anselmi Mierzejewski Ruth & Sowle, P.C., and hereby makes a demand for a trial by jury of each and every matter at issue in the above-entitled cause.

Respectfully submitted,

ANSELMI MIERZEJEWSKI
RUTH & SOWLE, P.C.

Date: December 18, 2024          By: /s/ Mark D. Sowle
                                                            Mark D. Sowle (P67478)
                                                            Attorney for Defendant
                                                            1750 S. Telegraph, Suite 306
                                                            Bloomfield Hills, MI 48302
                                                            (248) 338-2290